UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AHMED MOHAMED,                                                          Docket No.:
                                                                        10 CIV 7249 (PKC)
                        Plaintiff,

        -against-                                                       **RULE 7.1 DISCLOSURE STATEMENT**

METROPOLITAN LIFE INSURANCE COMPANY,

                        Defendant.                                      DOCUMENT ELECTRONICALLY FILED
------------------------------------------------------------------X

The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1.      Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:  New York, New York
        January 7, 2011

                                        Respectfully submitted,

                                        s/
                                        _____
                                        MICHAEL H. BERNSTEIN (MB-0579)
                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                        *Attorneys for Defendant*
                                        METROPOLITAN LIFE INSURANCE COMPANY
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004
                                        Tel: (212) 422-0202
                                        Fax: (212) 422-0925
                                        [SDMA File #00584-007645]

NY/630656v1

TO:

Michael Yoeli, Esq.
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.: (212) 472-7270
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was served **ECF and Regular Mail** on January 7, 2011, upon the following:

Michael Yoeli, Esq.
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.: (212) 472-7270
*Attorneys for Plaintiff*

Dated: New York, New York
January 7, 2011

s/ _____
MICHAEL H. BERNSTEIN (MB-0579)