125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

**MEMO ENDORSED**



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

March 22, 2011

*Via Facsimile*
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-11
```

Re: Mohamed v. MetLife
    Civil Action No.: 10 cv 7249 (PKC)
    SDMA File No.: 00584-007645

Dear Judge Castel:

We represent the Defendant in the above-referenced matter. Upon the consent of plaintiff's counsel, we are writing to respectfully request an adjournment of several dates set forth in the Court's Civil Case Management Plan and Scheduling Order dated January 28, 2011.

Currently, the parties are engaged in settlement discussions and agree that more time is necessary to continue such discussions. The parties therefore respectfully request that the date by which they must submit the entire record and all briefs in support and opposition to their respective arguments on Summary Trial be extended from May 9, 2011 to June 9, 2011. In keeping with this Court's January 28, 2011 Civil Case Management Plan and Scheduling Order, the parties will meet and confer on a briefing schedule such that all submissions are received by the Court by June 9, 2011. In addition, due to the above-requested extension, the parties also request an adjournment of the next Case Management Conference from May 13, 2011 to June 17, 2011. This is the first time that an extension of these dates has been requested.

*OK*

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB

cc: Michael Yoeli, Esq.

*Application granted. Conference adjourned from May 13 to June 17, 2011 at 12:15 pm. SO ORDERED. USDJ 3-23-11*

NY/685861v1