UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

AHMED MOHAMED

              Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

              Defendant.
--------------------------------------------------------

Case No. 10-civ-7249 (PKC)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

MICHAEL H. BERNSTEIN

FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB-0579    My State Bar Number is 2104347

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick , Detert, Moran & Arnold, LLP
               FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
               FIRM TELEPHONE NUMBER: (212) 422-0202
               FIRM FAX NUMBER: (212) 422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
               FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
               FIRM TELEPHONE NUMBER: (212) 422-0202
               FIRM FAX NUMBER: (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: May 27, 2011               /s/ Michael H. Bernstein
                                    ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached

**NOTICE OF FIRM NAME CHANGE** was served by **ECF** on May 27, 2011 upon the following:

> Robert J. Rosati Esq.
> The ERISA Law Group
> 2055 San Joaquin Street
> Fresno CA 93721
> Business Phone:  (559) 256-9800
> *Attorneys for Plaintiff*

s/ _____

Michael H. Bernstein (MB-0579)