UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

AHMED MOHAMED,

                Plaintiff,

Case No. 10-civ-7249 (PKC)

-against-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

MATTHEW MAZZOLA
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM-7427    My State Bar Number is 4558292

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran & Arnold, LLP
                FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                FIRM TELEPHONE NUMBER: (212) 422-0202
                FIRM FAX NUMBER: (212) 422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                FIRM TELEPHONE NUMBER: (212) 422-0202
                FIRM FAX NUMBER: (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 27, 2011          /s/ Matthew P. Mazzola
                                    ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF FIRM NAME CHANGE** was served by **ECF** on May 27, 2011 upon the following:

>Robert J. Rosati Esq.
>The ERISA Law Group
>2055 San Joaquin Street
>Fresno CA 93721
>Business Phone: (559) 256-9800
>*Attorneys for Plaintiff*

s/
Matthew P. Mazzola (MM-7427)

NY/701432v1