UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AHMED MOHAMED,                                           Docket No.:
                                                                           10 CIV 7249 (PKC)
                                        Plaintiff,

       -against-                                                **NOTICE OF MOTION
                                                                           ON SUMMARY TRIAL**

METROPOLITAN LIFE INSURANCE
  COMPANY,
                                        Defendant.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Matthew Hallford dated May 31, 2011, and the exhibits annexed thereto, the Declaration of Michael H. Bernstein, Esq. dated June 8, 2011 and the exhibits annexed thereto, the Declaration of Gregory Hafner dated June 8, 2011, and Memorandum of Law in support, all simultaneously submitted herewith, defendant, METROPOLITAN LIFE INSURANCE COMPANY by their attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Honorable P. Kevin Castel, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 500 Pearl Street, Courtroom 12C, New York, New York 10007, for an Order on Summary Trial: (1) granting MetLife Judgment dismissing plaintiff's Complaint with prejudice on the grounds that MetLife's decision to deny the plaintiff's claim for continuing long term disability plan benefits under the Employee Retirement and Income Security Act of 1974 ("ERISA") §502(a)(1)(B); 29 U.S.C. §1132(a)(1)(B), was not arbitrary and capricious; and (2) granting MetLife Judgment on its Counterclaim in the amount of $6,331.07, which is the amount of the overpayments of Plan benefits Plaintiff received from MetLife but failed to return; and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 8, 2011

Respectfully submitted,

s/ _____
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
SEDGWICK LLP
*Attorneys for Defendants*
125 Broad Street, 39th Floor
New York, New York 10004
Tel: (212) 422-0202
Fax: (212) 422-0925
[SDMA File No, 00584-007610]

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached **NOTICE OF MOTION ON SUMMARY TRIAL** was served via ECF and regular mail June 8, 2011 upon:

Michael Yoeli, Esq.
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.:  (212) 472-7270
*Attorneys for Plaintiff*

s/ _____
MATTHEW P. MAZZOLA (MM-7427)