# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 6-20-11

*Michael H. Bernstein*
212-898-4011
michael.bernstein@sedgwicklaw.com

June 17, 2011

**MEMO ENDORSED**

*Via Facsimile*
Honorable P. Kevin Castel, U.S.D.J.
U.S.D.C for the Southern District of New York
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Ahmed Mohamed v. Metropolitan Life Insurance Company*
    Civ. Act. No.:   10 CIV 7249 (PKC)
    SDMA File No.:  00584-007645

Dear Judge Castel:

We represent the defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We are writing in response to the Court's Endorsed Order dated June 14, 2011.

MetLife respectfully submits that it is now at a significant disadvantage due to the plaintiff's submission of an oversized brief. MetLife fully complied with the Court's page limitation rules by filing a memorandum of law of 25 pages. In fact, plaintiff's memorandum of law is more than two times larger than MetLife's submission. It is therefore respectfully requested that MetLife be permitted to submit a memorandum of law in opposition to the plaintiff's Motion on Summary Trial up to 55 pages in length, so that it can sufficiently respond to the plaintiff's 30 page "Statement of Facts" and 25 page "Legal Argument." If the Court does not permit MetLife to submit an oversized memorandum of law in opposition to the plaintiff's motion, it will be prejudiced by the disproportionate amount of briefing allowed to plaintiff.

In addition, MetLife requests that the plaintiff's opposition to MetLife's Motion on Summary Trial be limited to 25 pages to avoid any further unfair advantage.

Thank you for your consideration of this matter.

Respectfully submitted,

*Michael H. Bernstein*
Sedgwick LLP

cc:   Michael Yoeli, Esq. *(w/enclosure)*



*Handwritten endorsement:* Why stop at 55? Why not 85? This is silliness on the part of litigants. If neither side wishes to honor the Court's preference, so be it. All page limits waived. SO ORDERED. [signed] USDJ 6-20-11

NY/703345v3