```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AHMED MOHAMED
```

         Plaintiff,    **ANSWER TO COUNTERCLAIM**

   -against-        Docket No:
                10 CIV 7249(PKC)

METROPOLITAN LIFE INSURANCE COMPANY,  DOCUMENT
                ELECTRONICALLY FILED

         Defendant.
----------------------------------------X

  Plaintiff, Ahmed Mohamed, by his attorneys, Yoeli Gottlieb & Etra LLP, answers defendant's Counterclaim as follows:

  1. Admits the allegations contained in paragraphs "TWENTY-FIFTH" and "TWENTY-SIXTH" of defendant's Counterclaim.

  2. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "TWENTY-SEVENTH", "TWENTY-EIGHTH", 'TWENTY-NINTH", "THIRTIETH, and "THIRTY-FIRST" of defendant's Counterclaim.

  **WHEREFORE**, plaintiff respectfully requests that the Court enter judgment against defendant MetLife dismissing its Counterclaim in its entirety, and for damages including, but not limited to, past due contractual benefits, future benefits, attorney's fees pursuant to 29 U.S.C. §1132(g)(1), costs incurred in bringing this action, interest, and for such other relief as the Court deems equitable, just and proper.

y\mohamed\ans-counter

Dated: New York, New York
January 25, 2011

        Respectfully submitted,

        YOELI GOTTLIEB & ETRA LLP

By: _s/_____
    Michael Yoeli (MY2936)
    Attorneys for Plaintiff
    260 Madison Avenue, 18th Floor
    New York, New York 10016
    (212) 472-7270

TO:

Michael H. Bernstein, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004
(212)4220202
*Attorneys for Defendant*

y\mohamed\ans-counter