# Sedgwick
DETERT, MORAN & ARNOLD LLP

**MEMO ENDORSED**

April 14, 2011

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-11

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

*Via Facsimile*
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Mohamed v. MetLife
    Civil Action No.: 10 cv 7249 (PKC)
    SDMA File No.: 00584-007645

*[Handwritten: The revised schedule for submissions is approved. Conference adjourned to: July 15, 2011 at 2:30 p.m. from: June 17, 2011. SO ORDERED. P. KEVIN CASTEL, U.S.D.J. 4-14-11]*

Dear Judge Castel:

We represent the Defendant in the above-referenced matter. Upon the consent of plaintiff's counsel, we are writing to respectfully request an adjournment of several dates set forth in the Court's Order dated March 23, 2011, which extended the parties' time to file their respective Motions on Summary Trial and the date of the Case Management Conference.

Currently, the parties are engaged in settlement discussions and the Defendant needs more time to evaluate settlement. Therefore, Defendant requests that the date by which they must submit the entire record and all briefs in support and opposition to their respective arguments on Summary Trial be extended *[Approved]* from June 9, 2011 to July 11, 2011. In keeping with this Court's January 28, 2011 Civil Case Management Plan and Scheduling Order, the parties will meet and confer on a briefing schedule such that all submissions are received by the Court by July 11, 2011. In addition, due to the above-requested extension, the parties also request an adjournment of the next Case Management Conference from June 17, 2011 to July 15, 2011. This is the second time that an extension of these dates has been requested, and the first request for an extension was granted.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Michael H. Bernstein*
Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB

NY/685861v1

Hon. P. Kevin Castel
Mohamed v. MetLife
Civil Action No.: 10 cv 7249 (PKC)
April 14, 2011
Page 2

cc: Michael Yoeli, Esq.