UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED MOHAMED,

                                  Plaintiff,

          -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                                 Defendant.
-----------------------------------------------------------------X

Docket No.:
10 CIV 7249 (PKC)

**STIPULATION AS TO THE
ADMINISTRATIVE RECORD**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that the following documents produced on February 11, 2011 by defendant to plaintiff are the entire Administrative Record concerning plaintiff's claim, and which have been previously authenticated by Metropolitan Life Insurance Company ("MetLife") Litigation Specialist Matthew Hallford in his Declaration in Support of MetLife's Motion on Summary Trial dated May 31, 2011, and, in addition to the parties' respective declarations, are the only documents being submitted for the court's review in connection with the summary trial ordered on January 28, 2011 by the Hon. P. Kevin Castel, U.S.D.J.:

- a copy of "Your Benefit Plan, Credit Suisse First Boston Corporation, Long Term Disability. Effective January 1, 2002" Bates stamped ""MOHAMED 000001" to "MOHAMED 000062;"

- a copy of the "Credit Suisse Disability Benefits Summary Plan Description. Effective January 1, 2007 Bates Stamped "MOHAMED 000063" to "MOHAMED 000108;" and

- a copy of MetLife's claim file with respect to plaintiff's claim for long term disability benefits Bates Stamped "MOHAMED 000109" to "MOHAMED 000893."

Defendant's counsel will submit a copy of the above documents to Judge Castel with the initial briefs to be filed on July 15, 2011.

NY/702195v2

Dated: New York, New York
June 8, 2011

| | |
|---|---|
| YOELI GOTTLIEB & ETRA LLP<br>*Attorneys for Plaintiff*<br>AHMED MOHAMED<br><br>*/s/ Michael Yoeli*<br>Michael Yoeli, Esq.<br>260 Madison Avenue, 18th Floor<br>New York, New York 10016<br>Tel.: (212) 472-7270 | SEDGWICK LLP<br>*Attorneys for Defendants*<br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>*/s/ Michael H. Bernstein*<br>Michael H. Bernstein (MB-0579)<br>Matthew P. Mazzola (MM-7427)<br>125 Broad Street - 39th Floor<br>New York, New York 10004-2400<br>(212) 422-0202 |

NY/702195v2

## CERTIFICATE OF SERVICE

     I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Exhibit "I" to the Declaration of Michael H. Bernstein** was served **via ECF and regular mail** on July 12, 2011, upon the following:

Michael Yoeli, Esq.
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.: (212) 472-7270
*Attorneys for Plaintiff*

Dated: New York, New York
       June 12, 2011

                                                        s/
                                                        Matthew P. Mazzola
                                                        (MM-7427)