**Sedgwick** LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-11
```

# MEMO ENDORSED

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

July 12, 2011

*Via Facsimile and Regular Mail*
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Ahmed Mohamed v. Metropolitan Life Insurance Company
    Civil Action No.: 10-cv-7249

Conference adjourned to: September 9, 2011 at 3:30 pm
from: Jul 15

SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
7-12-11

Dear Judge Castel:

This office represents the Defendant, Metropolitan Life Insurance Company, in the above-referenced matter. We write to request an adjournment of the Case Management Conference currently scheduled for July 15, 2011 at 12:15 pm to the week of September 6, 2011.

Unfortunately, I will be out of town on July 15, 2011 and thus, will not be able to attend the Case Management Conference. Therefore, after consulting with chambers and Plaintiff's counsel to determine a mutually agreeable time to adjourn the conference, we respectfully request that the Case Management Conference in this matter be adjourned from July 15, 2011 to a date during the week of September 6, 2011.

Plaintiff's counsel has consented to the adjournment. Furthermore, while this is technically the Defendant's third request to adjourn the Case Management Conference, the previous requests were essentially meant to extend the due date for the parties' motions for judgment on summary trial and thus, the Case Management Conference was only adjourned as a consequence of these requests for extensions. Notably, each of the Defendant's previous requests were granted.

I greatly appreciate your attention to this matter.

Respectfully submitted

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc: Michael Yoeli, Esq.

NY/728282v1