# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-11
```

September 8, 2011

**MEMO ENDORSED**

*Via Facsimile and Regular Mail*
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Handwritten endorsement: September 9 conference is vacated. SO ORDERED. /s/ USDJ 9-8-11]*

Re: Ahmed Mohamed v. Metropolitan Life Insurance Company
    Civil Action No.: 10-cv-7249

Dear Judge Castel:

This office represents the defendant, Metropolitan Life Insurance Company, in the above-referenced matter. We write to request an adjournment of the Case Management Conference currently scheduled for September 9, 2011 at 3:30 pm to a date and time to be determined by the Court.

At this point in the litigation, the parties' fully-briefed motions for judgment on summary trial on a stipulated administrative record are pending before the Court and thus, a Case Management Conference appears unnecessary. Accordingly, after consulting with chambers, we respectfully request that the Case Management Conference in this matter be adjourned.

Plaintiff's counsel has consented to the adjournment. Furthermore, this is the defendant's fourth request to adjourn the Case Management Conference, but the previous request was also made while the parties' above-referenced motions were pending. Notably, each of the defendant's previous requests were granted.

I greatly appreciate your attention to this matter.

Respectfully submitted

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:   Michael Yoeli, Esq.

NY/728282v1