UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AHMED MOHAMED,

                        Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE CO.,
                    Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/12

10 **CIVIL** 7249 (PKC)

**JUDGMENT**

      Both parties having moved for summary judgment based on the administrative record, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on February 2, 2012, having rendered its Memorandum and Order granting Plaintiff's motion for judgment on summary trial based on the administrative record, remanding the case to MetLife to consider the entirety of the evidence in light of this Courts Memorandum and Order dated February 2, 2012, denying Defendant's motion for summary judgment based on the administrative record but granting in defendant's favor on its claim to recover overpayments made to the plaintiff in the amount of $ 6,331.07, and directing the Clerk to enter judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 2, 2012, Plaintiff's motion for judgment on summary trial based on the administrative record is granted, and the case is remanded to MetLife to consider the entirety of the evidence in light of this Courts Memorandum and Order dated February 2, 2012; Defendant's motion for summary judgment based on the administrative record is denied but is granted in defendant's favor on its claim to recover overpayments made to the plaintiff in the amount of $ 6,331.07; accordingly, the case is closed.

**Dated:** New York, New York
February 3, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ⎯⎯⎯⎯⎯⎯⎯