UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AHMED MOHAMED,

                Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE,

                Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-12

10 Civ. 7249 (PKC)
12 Civ. 2227 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

P. KEVIN CASTEL, District Judge:

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. By May 31, 2012, defendant's counsel shall fax a letter to Chambers advising of the timeline on its actions in this case.

2. By June 8, 2012, the defendant shall answer the complaint.

3. By June 8, 2012, the plaintiff shall make Mr. Mohamed available for a telephone interview. Mr. Mohamed's counsel may be present on the telephone call. By June 8, 2012, the plaintiff shall comply with the other information requests in the defendant's May 7, 2012 letter.

4. Within 5 days of a ruling by the Administrator, counsel for the defendant shall provide the administrative record to plaintiff's counsel.

5. Within 14 days following a decision by the Administrator, either party may move for summary judgment.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 30, 2012