USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-22-12

# Sedgwick

**MEMO ENDORSED**

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

June 21, 2012

*Via Facsimilie (212) 805-7949*
Honorable P. Kevin Castel, U.S.D.J.
U.S.D.C for the Southern District of New York
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Ahmed Mohamed v. Metropolitan Life Insurance Company*
Civ. Act. No.: 10 CIV 7249 (PKC)
SDMA File No.: 00584-007645

Dear Judge Castel:

This office represents the defendant Metropolitan Life Insurance Company in the above-referenced action. We are writing to request a one week extension of the date on which MetLife is required to file a status update concerning its review on remand of the plaintiff Ahmed Mohamed's claim for long term disability benefits as previously Ordered by this Court.

By Order dated June 1, 2012, Your Honor memo endorsed MetLife's letter dated May 31, 2012 and directed MetLife to provide a status update of its review on remand by June 20, 2012. (Docket No.: 5). Since MetLife had not yet formally appeared in this matter as of June 1, 2012, we did not receive this memo endorsed Order via ECF, and only learned that it had been entered when plaintiff's counsel brought it to our attention today. MetLife formally appeared in this second action by filing its Answer on June 8, 2012, one week after this Court's memo endorsed Order was entered and we were not aware that this Court had issued any further orders following the initial conference on May 30, 2012. We apologize for this oversight, and respectfully request that the Court allow MetLife a one week extension to file the status report by June 27, 2012. This is the first request by MetLife for an extension of time to file the status update report, and plaintiff's counsel has consented to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Michael Yoeli, Esq. (*Via Facsimile (212) 579-0814*)



12 Civ 2227
10 Civ 7249

Mr. Bernstein is directed to for the report of the Court to opposing counsel by 9 am on June 27, 2012 and appear before this Court at 2:45 p.m. the same day. Mr. Bernstein is invited to attend with a knowledgeable in-house representative of his client. SO ORDERED.
P. Kevin Castel, USDJ
6-21-12

NY/702700v1