# Sedgwick LLP

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6-22-12

**MEMO ENDORSED**

Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

June 22, 2012

*Via Facsimilie (212) 805-7949*
Honorable P. Kevin Castel, U.S.D.J.
U.S.D.C for the Southern District of New York
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007-1312

12 CV 2227 (PKC)

Re: *Ahmed Mohamed v. Metropolitan Life Insurance Company*
    Civ. Act. No.:  10 CIV 7249 (PKC)
    SDMA File No.: 00584-007645

Dear Judge Castel:

Conf. adjourned from June 27 to July 2 at 2:15 pm SO ORDERED
M B /s/ USDJ 6-22-12

This office represents the defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced action.

By Order of today's date, Your Honor directed both parties to appear for a status conference on June 27, 2012 at 2:45 pm. (Docket No.: 8). Unfortunately, I am already scheduled to be in Washington, D.C. on personal business from June 27 through June 28, 2012. I would have to cancel this commitment in order to attend the status conference on June 27, 2012. Plaintiff's counsel consents to the requested adjournment of this conference but indicated that if the matter was to be adjourned, he prefers that it be adjourned to Monday, July 2, 2012. He added that he would make himself available on June 29, 2012, if necessary. I am available on both dates. This is the first request by MetLife to adjourn this status conference, and, as referenced above, plaintiff's counsel has consented to this request.

MetLife will fax its status update to chambers concerning its review on remand by 9am on Wednesday, June 27, 2012, as previously ordered and does not seek any modification to that portion of today's Order.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc:   Michael Yoeli, Esq. (*Via Facsimile (212) 579-0814*)

NY/959934v1