ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

July 2, 2012

*Via Facsimile*
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE      7-2-12
```

Re: *Ahmed Mohamed v. Metropolitan Life Insurance Company*
     *Civil Action No.: 12-cv-2227*
          *10 Cw. 7249 (PKC)*

Dear Judge Castel:

     This office represents the defendant, Metropolitan Life Insurance Company ("MetLife"), in the above-referenced matter. This letter is respectfully submitted to correct a factual inaccuracy in MetLife's June 27, 2012 letter to the Court.

     On June 28, 2012, this office received a letter from Mr. Yoeli in which he alleged that the status update report submitted to Your Honor by MetLife on June 27, 2012 was factually inaccurate. Specifically, Mr. Yoeli stated that he sent a legible copy of a March 12, 2007 EMG report to MetLife on or around May 30, 2012 and not on June 13, 2012. MetLife originally stated that it received the necessary supporting documentation to the March 2007 EMG on June 13, 2012. Upon receiving Mr. Yoeli's letter, we forwarded it to MetLife so that Mr. Yoeli's assertions could be investigated. After further investigation, MetLife advised that on June 5, 2012 it received a letter from Mr. Yoeli explaining that (1) the March 2007 EMG report he submitted on May 30, 2012 was the same report that previously had been in MetLife's file, (2) the physician that performed the March 2007 EMG had not prepared anything additional besides that which had previously been provided, and (3) the physician who conducted the March 2007 EMG concluded in the report that the EMG demonstrated that Mr. Mohamed had mild carpal tunnel syndrome and cervical radiculopathy. MetLife further advised that it received, first via facsimile on June 7, 2012 and again by mail on June 12, 2012, a copy of a February 16, 2012 EMG report. MetLife had mistakenly advised this office previously that it received a legible copy of the March 12, 2007 EMG report on June 13, 2012 when in fact it had received the February 2012 EMG report on or around that date. Accordingly, MetLife hereby amends its June 27, 2012 status update letter to state that the issue regarding the March 12, 2007 EMG report resolved on June 5, 2012, not June 13, 2012 as previously reported.

NY/961995v1

Hon. P. Kevin Castel
Re:  Ahmed Mohamed v. Metropolitan Life Insurance Company
Civil Action No.: 12-cv-2227
July 2, 201
Page 2

Respectfully submitted

Michael H. Bernstein
Sedgwick LLP

cc:     Michael Yoeli, Esq. (*via Facsimile*)